# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1652
LT Case No. 2021-CF-000536

_____

THEODORE J. GRADFORD, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Theodore J. Gradford, Jr., Indiantown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

July 7, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____